UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EARL ANTHONY CRAFT, JR.,

     Plaintiff,

v.                                         Case No. 3:21cv947-LC-HTC

SCOTT BOSHEK, et al.,

     Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 10, 2021 (ECF No. 3). The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has indicated that he has no objection.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2.    This clerk is directed to TRANSFER this action to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. §§ 1404, 1406.

3.      The clerk is directed to close this file in the Northern District.

**DONE AND ORDERED** this 25th day of August, 2021.


_s/L.A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**